```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LA REYNA DE WESTCHESTER DELI GROCERY CORP.,

                              Plaintiff,                                            **22-CV-1242 (KHP)**

                       -against-                                                <u>**ORDER**</u>

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE and UNITED STATES OF AMERICA,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the July 12, 2022 Case Management Conference:

       The deadline for Defendant's Motion for Summary Judgment is **Friday, September 30, 2022**. Plaintiff's response is due **Friday, October 28, 2022**, and Defendant's reply is due **Friday, November 11, 2022**.

       By **Friday, September 16, 2022**, the parties shall meet and confer, and submit a joint status letter informing the Court of their position(s) regarding whether any discovery is needed, and if so, why such discovery is necessary. The letter shall also state the parties' position(s) regarding whether additional time is needed for the Summary Judgment briefing.

       **SO ORDERED.**

DATED:     New York, New York
                July 12, 2022

                                                                 */s/ Katharine H. Parker*
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge