```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 LA REYNA DE WESTCHESTER DELI GROCERY
 CORP.,

                                        Plaintiff,                22-CV-1242 (KHP)

                   -against-                                      ORDER


UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE and UNITED STATES OF AMERICA,

                                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

In Plaintiff's response to Defendant's Motion for Summary Judgment, Plaintiff states that Plaintiff filed a declaration pursuant to Federal Rule of Civil Procedure 56(d), seeking discovery. The Court does not see such a declaration on the docket. By **Monday, April 3, 2023**, Plaintiff is directed to re-file the Rule 56(d) declaration.

      SO ORDERED.

DATED:    New York, New York
             March 31, 2023

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge