**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LA REYNA DE WESTCHESTER DELI
GROCERY CORP.,

                      Plaintiff,

   -against-                                 22 **CIVIL** 1242 (AKH)

                                                  **JUDGMENT**

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE, and UNITED STATES OF AMERICA,

                    Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 4, 2023, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

     May 4, 2023

                                                                 **RUBY J. KRAJICK**

                                                                    _____
                                                                    **Clerk of Court**

                                        **BY:**     _K. Mango_

                                                                    _____
                                                                  **Deputy Clerk**